SAMUEL FRIEDMAN, as Administrator, etc., of MORRIS FRIEDMAN, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24483.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. (*Bush Terminal Co.* v. *City of New York*, 259 N. Y. 509.) Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.